174 So.2d 705

Marvin ROBINSON et al.

v.

STATE.

7 Div. 671.

Supreme Court of Alabama.

April 22, 1965.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for petitioner.

Oscar W. Adams, Jr., Birmingham, and Chas. S. Conley, Montgomery, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Robinson et al. v. State, 168 So.2d 491.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.

177 So.2d 464

William J. RODGERS

v.

STATE.

1 Div. 297.

Supreme Court of Alabama.

July 15, 1965.

Barry Hess, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of William J. Rodgers for certiorari to the Court of Appeals to review and revise the judgment and decision in Rodgers v. State, 177 So.2d 460 (1 Div. 982).

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

176 So.2d 883

Jimmie Hugh SMITH

v.

STATE.

8 Div. 207.

Supreme Court of Alabama.

June 24, 1965.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

H. T. Foster and Wm. E. Garner, Scottsboro, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision in Smith v. State, 176 So.2d 882.

Writ denied.

LAWSON, MERRILL, COLEMAN and HARWOOD, JJ., concur.